450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Timothy Tyrone Alexander<br>*Plaintiff*<br>v.<br><br>United States of America, Inc., Terry L. Wooten, Alfred W. Bethea, Jr., Bradley M. Kirkland, Clerk of Court, Holders in due course of Federal Liability<br>*Defendant* | )<br>)  Civil Action No.:   4:12-cv-3092-DCN<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. A certificate of appealability is denied

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date:   February 11, 2013                                   *CLERK OF COURT*

                                                            s/Debbie Stokes
                                                            Deputy Clerk