450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Timothy Tyrone Alexander | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.:  4:12-cv-3092-DCN |
| United States of America, Inc., Terry L. Wooten, Alfred W. Bethea, Jr., Bradley M. Kirkland, Clerk of Court, Holders in due course of Federal Liability | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. A certificate of appealability is denied

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date: February 11, 2013                                              *CLERK OF COURT*


                                                                     s/Debbie Stokes
                                                                     Deputy Clerk